# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Barbara J. Haley, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:09-cv-02073-JOF |
| Citimortage, Inc., : | |
| : | |
| Defendant. : | |
| : | |

## **OPINION & ORDER**

This matter is before the court on Plaintiff's unopposed motion to amend complaint [9].

For good cause shown, the court GRANTS Plaintiff's unopposed motion to amend complaint [9] to add Fannie Mae as a party defendant. The court further authorizes service of the amended complaint on Fannie Mae. The Clerk of the Court is DIRECTED to FILE Plaintiff's amended complaint as of the date of this order.

**IT IS SO ORDERED** this 16th day of October 2009.

                                                    /s J. Owen Forrester
                                                    J. OWEN FORRESTER
                                  SENIOR UNITED STATES DISTRICT JUDGE